SAMUEL I. WHITE, P.C.
FILE NO. 71-000135-22
CONSIDERATION: $486,000.00
ASSESSED VALUE: $553,433.00
TAX ID NO. 03-010791

Return to:
Security American Title
D. Morris
12173 Elk Run Rd
Midland, Va 22728
703-766-1745

40
20
4811.40 rec
1215.00 co
1215.00 st
7301.40

**THIS DEED IS EXEMPT FROM INCOME TAX WITHHOLDING PURSUANT TO MARYLAND CODE TAX-GENERAL § 10-912(a)(7)(II)(1), § 10-912(a)(7)(II)(2), § 10-912(d)(3)(I), AND COMAR 03-04-12.03B(5)(a). Transferor certifies that this is a transfer of REO property acquired by the Grantor in a foreclosure action and conveyed herein to a third party.**

THIS DEED, made into this 22 day of November, 2022, by and between WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2019-HB1, GRANTOR, and ASHLEY NANCE, JOAN SPENCE AND GUY MARTIN, GRANTEE(S), whose mailing address is: 224 Broadway, Centreville, MD 21617.

### WITNESSETH:

That for and in consideration of the sum of Four Hundred Eighty-Six Thousand Dollars and 00/100 ($486,000.00) and other good and valuable considerations the receipt of which is hereby acknowledged, and which the Grantor certifies under penalty of perjury as the actual consideration paid or to be paid, including the amount of any mortgage or deed of trust outstanding, the Grantor does hereby grant and convey unto ASHLEY NANCE, JOAN SPENCE and GUY MARTIN, with SPECIAL WARRANTY, as joint tenants with rights of survivorship, in fee simple, all that property situate and located in Queen Anne's County, Maryland, and more particularly described as:

SEE ATTACHED EXHIBIT "A" FOR THE LEGAL DESCRIPTION

THIS DEED IS HEREBY EXECUTED PURSUANT TO THAT POWER OF ATTORNEY FROM WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2019-HB1 TO COMPULINK CORPORATION, DBA CELINK, DATED JULY 11, 2019 AND RECORDED NOVEMBER 09, 2022 IN BOOK 4411 AT PAGE 65, AMONG THE LAND RECORDS OF THE COUNTY OF QUEEN ANNE, MARYLAND, HAS NOT RESCINDED.

Being commonly known as 224 Broadway, Centreville, MD 21617

Tax Identification No. 03-010791

TOGETHER with the buildings and improvements thereon erected, made or being; and all and every, the rights, alleys, ways, waters, privileges, appurtenances and advantages thereto belonging, or in anywise appertaining.

TO HAVE AND TO HOLD the said described lot(s) of ground and premises thereto for the proper use of the Grantee(s), their successors, survivors, and/or assigns, in fee simple.

AND the said Grantor does hereby covenant that they have not done or suffered to be done any act, matter or thing whatsoever, to encumber the property hereby conveyed; that they will warrant specially the property hereby granted; and that they will execute such further assurances of the same as may be requisite.

WITNESS the following signature and seal:

WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2019-HB1

By: _____ (SEAL)
LRES Corp., authorized agent for Compu-Link Corporation, dba Celink as Attorney-in-Fact.
Ryan Hennessy, Senior Vice President

STATE OF   Pennsylvania   ,
CITY/COUNTY OF   Montgomery   , to wit:

Before me, a Notary Public in and for the jurisdiction aforesaid, personally appeared this date,   Nov. 22, 2022  , personally who acknowledged himself/herself to be the Senior Vice President, an officer of LRES Corp., authorized agent for Compu-Link Corporation, dba Celink as Attorney-in-Fact for the Grantor corporation herein, who, being by me first duly sworn, did acknowledge that he/she, as such officer, being authorized so to do, executed the foregoing instrument for the uses and purposes therein contained and that said conveyance is not a conveyance of all or substantially all of the assets of said corporate grantor herein.

WITNESS my hand and official seal this 22nd day of November, 2022.

Heather M. Deal
Heather M. Deal

Notary Public

Commonwealth of Pennsylvania - Notary Seal
Heather M. Deal, Notary Public
Montgomery County
My commission expires October 27, 2023
Commission number 1265271

My commission expires: 10/27/2023

I hereby certify that the within instrument was prepared under the supervision of an attorney admitted to practice before the Court of Appeals of Maryland.

E. Edward Farnsworth, Jr., Esq.

PREPARED BY:
Samuel I. White, P.C.
596 Lynnhaven Pkwy., Ste. 200
Virginia Beach, VA 23452
File No. 71-000135-22

TAXES LEVIED AS OF 3/10/2023
PAID TO _____
CLERK, Q.A.'S CO. FINANCE OFFICE

-RECEIVED FOR TRANSFER-
DATE March 9          20 23
WATER/SEWER/LF PAID TO 02/14 20 23
Betty Jean Hall, Admin. Ass't     CLERK
TOWN COUNCIL OF CENTREVILLE MD

## EXHIBIT "A"
## LEGAL DESCRIPTION FOR
## 224 BROADWAY, CENTREVILLE, MD 21617

ALL THAT LOT OR PARCEL OF LAND SITUATE, LYING AND BEING IN THE TOWN OF CENTREVILLE, IN THE THIRD ELECTION DISTRICT OF QUEEN ANNE'S COUNTY, STATE OF MARYLAND, DESIGNATED AS "ESTATE OF J. OLIN PIPPIN, AREA = 1.41 ACRES" ON A PLAT ENTITLED "MAP SHOWING PROPERTY BEING ACQUIRED BY BD. OF EDUCATION OF QUEEN ANNE'S CO., MD FOR CENTREVILLE HIGH SCHOOL" DATED JANUARY 1955, AND RECORDED AMONG THE LAND RECORDS OF QUEEN ANNE'S COUNTY, MARYLAND, IN LIBER T.S.P. NO. 20, FOLIO 165.

BEING THE SAME PROPERTY CONVEYED TO Wilmington Savings Fund Society, FSB, not individually but solely as trustee for Finance Of America Structured Securities Acquisition Trust 2019-HB1 BY DEED FROM William M. Savage, Sole Acting Substitute Trustee, 10021 Savings Fund Society, FSB DATED October 3, 2022 AND RECORDED October 17, 2022 AMONG THE LAND RECORDS OF QUEEN ANNE'S COUNTY, MARYLAND, IN LIBER 4128, FOLIO 0103.

## Certification of First-Time Homebuyer-Owner/Occupant:

The undersigned state under penalties of perjury that the contents of this affidavit are true to the best of his/her/their knowledge, information and belief:

1. that each is a FIRST-TIME HOMEBUYER as defined under Section 13-203 of the Tax Property Volume of the Maryland Annotated Code* of the property located at, 224 Broadway, Centreville, MD 21617being residentially improved real property, and being more particularly described as,

   ALL THAT LOT OR PARCEL OF LAND SITUATE, LYING AND BEING IN THE TOWN OF CENTREVILLE, IN THE THIRD ELECTION DISTRICT OF QUEEN ANNE'S COUNTY, STATE OF MARYLAND, DESIGNATED AS "ESTATE OF J. OLIN PIPPIN, AREA = 1.41 ACRES" ON A PLAT ENTITLED "MAP SHOWING PROPERTY BEING ACQUIRED BY BD. OF EDUCATION OF QUEEN ANNE'S CO., MD FOR CENTREVILLE HIGH SCHOOL" DATED JANUARY 1955, AND RECORDED AMONG THE LAND RECORDS OF QUEEN ANNE'S COUNTY, MARYLAND, IN LIBER T.S.P. NO. 20, FOLIO 165.

   Queen Anne's County, Maryland: and

   **\*FIRST-TIME HOMEBUYER is defined as "an individual who has never owned in the State (of Maryland) residential real property that has been the individual's principal residence"**

2. that the undersigned will occupy the herein described property as his/her/their principal residence by actually occupying the residence for at least 7 months of a 12 month period; and

3. that this statement, if executed by an attorney-in-fact, the attorney-in-fact does hereby certify that he/she has made a diligent inquiry with respect to the fact herein and it is true to the best of his/her knowledge, information and belief.

This affidavit is being executed in order to qualify for and obtain a partial exemption from the applicable Maryland State Transfer Tax of an amount equivalent of .25 of 1% of the consideration stated on the attached Deed for real property described above, pursuant to the aforesaid Statute.

NOTE: All Grantees must sign.

_____(SEAL)
Buyer: GUY MARTIN

_____(SEAL)
Buyer: JOAN SPENCE

SUBSCRIBED AND SWORN to before me, a Notary in and for the State of __, County of __Montgomery__, this __14th__ day of __February__, 2023.

YAELY E MEJIA
NOTARY PUBLIC
MONTGOMERY COUNTY
MARYLAND
My Commission Expires 03-18-2026

_____ Notary Public

My Commission Expires: _____

My Notary Number: _____

71-000135-22

## Certification of First-Time Homebuyer-Owner/Occupant:

The undersigned state under penalties of perjury that the contents of this affidavit are true to the best of his/her/their knowledge, information and belief:

1. that each is a FIRST-TIME HOMEBUYER as defined under Section 13-203 of the Tax Property Volume of the Maryland Annotated Code* of the property located at, 224 Broadway, Centreville, MD 21617being residentially improved real property, and being more particularly described as,

   ALL THAT LOT OR PARCEL OF LAND SITUATE, LYING AND BEING IN THE TOWN OF CENTREVILLE, IN THE THIRD ELECTION DISTRICT OF QUEEN ANNE'S COUNTY, STATE OF MARYLAND, DESIGNATED AS "ESTATE OF J. OLIN PIPPIN, AREA = 1.41 ACRES" ON A PLAT ENTITLED "MAP SHOWING PROPERTY BEING ACQUIRED BY BD. OF EDUCATION OF QUEEN ANNE'S CO., MD FOR CENTREVILLE HIGH SCHOOL" DATED JANUARY 1955, AND RECORDED AMONG THE LAND RECORDS OF QUEEN ANNE'S COUNTY, MARYLAND, IN LIBER T.S.P. NO. 20, FOLIO 165.

   Queen Anne's County, Maryland: and

**\*FIRST-TIME HOMEBUYER is defined as "an individual who has never owned in the State (of Maryland) residential real property that has been the individual's principal residence"**

2. that the undersigned will occupy the herein described property as his/her/their principal residence by actually occupying the residence for at least 7 months of a 12 month period; and

3. that this statement, if executed by an attorney-in-fact, the attorney-in-fact does hereby certify that he/she has made a diligent inquiry with respect to the fact herein and it is true to the best of his/her knowledge, information and belief.

This affidavit is being executed in order to qualify for and obtain a partial exemption from the applicable Maryland State Transfer Tax of an amount equivalent of .25 of 1% of the consideration stated on the attached Deed for real property described above, pursuant to the aforesaid Statute.

NOTE: All Grantees must sign.

*Ashley Nance*

ASHLEY NANCE

SUBSCRIBED AND SWORN to before me, a Notary in and for the State of, County of montgomery this 14th day of February 2023.

YAELY E MEJIA
NOTARY PUBLIC
MONTGOMERY COUNTY
MARYLAND
My Commission Expires 03-18-2026

Notary Public _____

My Notary Number: _____

71-000135-22

# DISCLOSURE AND ACKNOWLEDGMENT OF

# RECEIPT OF TITLE INSURANCE COMMITMENT

File Number: 71-000135-22

Property: 224 Broadway, Centreville, MD 21617

Name of title insurance company: ~~FIDELITY NATIONAL~~ First American TITLE INSURANCE COMPANY

---

### ACKNOWLEDGMENT OF RECEIPT OF COMMITMENT

We the purchasers of the above referenced property hereby acknowledge that we have received a copy of the title insurance commitment and have had the opportunity to review the commitment. We understand that the items listed as exceptions on this commitment will appear as exceptions on the final title insurance policy issued by the above referenced title insurance company and that said company will not provide any coverage to the insured for matters that pertain to the listed exceptions. Any requirement shown in the commitment will also appear in the final title insurance policy unless the same are disposed of to the satisfaction of said

company.

For Maryland properties:

We also acknowledge that the final title insurance policy will contain specific exceptions for any matters affecting the above referenced property that were recorded in the land records after the date of this commitment but prior to the time the deed conveying title to us is recorded in the land records. This period of time is referred to as the "Gap Period

Buyer: _Ashley Nance_    Buyer: _[signature]_

ASHLEY NANCE    JOAN SPENCE

Buyer: _Guy Martin_    Buyer: _____

GUY MARTIN

Date: 02/14/2023

Notice of Availability of Owner's Title Insurance

To: ASHLEY NANCE, JOAN SPENCE AND GUY MARTIN

Date: __02/14/2023__

Buying property identified as: 224 Broadway, Centreville, MD 21617

---

A Mortgagee's Policy of title insurance insuring the title to the property you are buying is being issued to your mortgage lender, but the policy does not provide title insurance coverage to you.

You may obtain an Owner's Policy of title insurance which provides title insurance coverage to you. The additional cost to you for an Owner's Policy of title insurance is in the amount of $486,000.00 is $2,777.00, if you request it at this time.

If you are uncertain as to whether you should obtain an Owner's Policy of title insurance, you are urged to seek independent advice.

Fidelity National Title Insurance Company

_X___ I/We do request an Owner's Policy of title insurance.(**PAID BY SELLER**)

_____ I/We do not request an Owner's Policy of title insurance.

Date: __02/14/2023__

Buyer: *Ashley Nance* (signature)

ASHLEY NANCE

Buyer: *Spence* (signature)

JOAN SPENCE

Buyer: *Guy Martin* (signature)

GUY MARTIN