## AFFIDAVIT OF JOAN SPENCE

I, Joan Spence, being of full age on her oath, deposes and says:

1. I am an adult individual with a date of birth of 8-25-1962 and reside at 15000 Layhill rd. S-S md 20906.

2. I personally witnessed that Guy Martin and Ashley Nance were in a committed, romantic relationship starting in April 2021 and lasting until Guy's passing on December 3, 2023.

3. In September of 2021, Guy Martin stated that he wanted to obtain life insurance coverage naming his partner, Ashley Nance, as beneficiary, to ensure that Ashley's financial security continued to be safeguarded even after his passing.

4. On September 5, 2021, Guy Martin sat down with Ashley Nance to electronically apply for life insurance coverage.

5. On September 5, 2021, Guy Martin completed an application for life insurance coverage naming Ashley Nance as the sole beneficiary. The application that Guy Martin completed ultimately became CMFG Life Insurance Company's Policy Number LC2162715.

6. On October 30, 2021, Guy Martin purchased a 14 K engagement ring for Ashley Nance and proposed to her in November 2021. Ashley stated the ring was a tight fit so Guy took the ring to Kay Jewelers on December 8, 2021, to have it sized up.

7. It should be noted that although Ashley Nance handled the majority of her bills on her own, Guy Martin habitually paid for all entertainment-related expenses.

8. Even though Ashley Nance had a place of her own she stayed with Guy Martin. He also allowed her to drive his 2002 Chevy Blazer daily even though she had a vehicle of her own.

9. On May 19, 2022, Guy Martin added Ashley Nance to his bank account as a beneficiary to ensure that she would have access to his account if he passed away.

10. On May 26, 2022, Guy Martin completed an Advance Directive and named Ashley Nance as the Primary Agent.

11. On September 16, 2022, Guy Martin, Ashley Nance, and I placed a ratified contract on 224 Broadway Centreville, MD 21617. We closed on this property on February 14, 2023.

12. 224 Broadway Centreville, MD 21617, was purchased through a Homestyle Renovation Loan. Guy Martin and Ashley Nance planned to move in when the home renovations were complete.

Dated: 02-27-24

Sworn to and subscribed before me this 27 day FEB of 2024, 2024.

_____
Notary Public

By: _____
[JOAN SPENCE]

**ROMAN H LORENSO**
Notary Public
Montgomery County, Maryland
My Commission Expires
November 07, 2024